No. 108, Orig. NEBRASKA *v.* WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and it is ordered that the Special Master is awarded a total of $124,171.27 for the period March 1 through October 15, 1992, to be paid as follows: 20% by the United States and 40% each by Nebraska and Wyoming. [For earlier order herein, see, *e. g., ante,* p. 938.]

No. 109, Orig. OKLAHOMA ET AL. *v.* NEW MEXICO. Motion of the Special Master for compensation and reimbursement of expenses granted, and it is ordered that the Special Master is awarded a total of $64,112.96 for the period November 1, 1991, through September 23, 1992, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 502 U. S. 1027.]

No. 91–8581. McDONALD *v.* YELLOW CAB METRO, INC. Sup. Ct. Tenn. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 810] denied.

No. 92–65. SUN CARRIERS, INC., ET AL. *v.* MILNE EMPLOYEES ASSN. ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–344. McNARY, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. *v.* HAITIAN CENTERS COUNCIL, INC., ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 814.] Motion of respondents to suspend briefing denied. JUSTICE BLACKMUN and JUSTICE SOUTER would grant this motion.

No. 92–5129. SULLIVAN *v.* LOUISIANA. Sup. Ct. La. [Certiorari granted, *ante,* p. 939.] Motion for appointment of counsel granted, and it is ordered that John W. Reed, Esq., of New Orleans, La., be appointed to serve as counsel for petitioner in this case.

No. 92–5205. SCHULTZ ET UX. *v.* PARR ELEVATOR, INC. C. A. 7th Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 811] denied.